# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ISRAEL COLÓN,**

    Plaintiff,

v.                                                             **Case No. 18-CV-794**

**TERRY KISER,** *et al.***,**

    Defendants.

## REPORT AND RECOMMENDATION

Plaintiff Israel Colón is proceeding against the defendants on claims arising under the Eighth Amendment. On May 31, 2019, defendants Jan Britt, Robert Frank, Terry Kiser, and Sherri Pulda moved for summary judgment. They included with their motion a copy of Civil L.R. 56, which requires a party opposing a motion for summary judgment to file his response materials within thirty days of service of the motion. (ECF No. 24 at 10.) They also included a copy of Civil L.R. 7, which informs parties that the sanction for failing to file a memorandum in opposition to a motion is sufficient cause for the court to grant the motion. (*Id.* at 6.)

Under the rules, Colón's response materials were due on July 1, 2019. Colón did not respond to the motion for summary judgment, nor did he ask the court for an extension of the deadline to respond.

**IT IS THEREFORE RECOMMENDED** that the motion for summary judgment (ECF No. 24) be **GRANTED** based on Colón's failure to oppose the motion and based on his failure to diligently pursue his case.

Colón's attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2), which allow Colón to file written objections to the court's recommendation within fourteen days of service of the recommendation. Colón's failure to timely file objections with the district court shall result in a waiver of his right to appeal.

Dated in Milwaukee, Wisconsin this 9th day of July, 2019.

WILLIAM E. DUFFIN
U.S. Magistrate Judge